## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-70270-PMB |
| | ) | |
| AMAZETTA SATA GUEH | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### MOTION TO APPROVE LOAN MODIFICATION

COMES NOW the Debtor in the above-styled Chapter 13 case, and through counsel, files this Motion to Approve Loan Modification (the "Motion") by showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151, and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(D).

4.

The Debtor filed the petition for relief in the above styled Chapter 13 case on December 3, 2018. Debtor's Chapter 13 case has not yet been confirmed by this Court as of the date of the filing of this Motion.

5.

In the Chapter 13 schedules, the Debtor lists an interest in real property located at 4867 Wycliffe Drive, Stone Mountain, GA 30087.

6.

Debtor and her mortgage lender or servicer, Midland Mortgage ("Midland"), have reached an agreement to modify Debtor's mortgage loan. The loan modification terms provide that (i) the modification period will take effect on July 1, 2019 and the new maturity date will be June 1, 2049, (ii) the new modified principal amount of the loan will be $85,955.26 which includes all amounts and arrearages that are past due, (iii) the modified interest rate will be 5.00%, and (iv) the modified monthly payment amount will be approximately $784.02 of which $461.43 will be for principal and interest, and $322.59 for escrow payments for property taxes and insurance. A copy of the loan modification agreement is attached hereto as **Exhibit A**. The permanent modification of Debtor's mortgage loan is contingent upon Debtor timely making all payments during the Trial Period as more particularly set forth in the attached loan modification agreement.

7.

Debtor believes that the loan modification is in the best interest of the Chapter 13 bankruptcy estate and creditors and that such a modification will assist in the effectuation of the Debtor's financial reorganization.

WHEREFORE, Debtor prays:

    (a) that this Motion be filed, read and considered;

    (b) that this Motion be granted; and,

    (c) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

# EXHIBIT A



Loan Number & Property Address:

Loan       ;6491
4867 Wycliff Dr
Stone Mountain, GA 30087

December 7, 2018

Amazetta S. Gueh
4867 Wycliff Dr
Stone Mountain, GA 30087

Dear Mortgagor(s):

This letter confirms your pre-qualification for the Federal Housing Administration Home Affordable Modification Program (FHA HAMP). Please see the enclosed table for specific details on your new payment amount and other terms of the modification.

**This pre-qualification is contingent upon court approval. The motion, filing, or other request through which court approval is sought and related court approval must identify MidFirst Bank as the creditor. Once court approval is received, we will send you the necessary documents for your review and execution. Below is a summary of the process.**

**TRIAL PERIOD**
The Trial Period is the first step of a three-step process in the FHA HAMP program. Once you complete the Trial Period, we will send you documentation to complete the second and third steps in the process as discussed below. To qualify for FHA HAMP, you must return the Trial Period Agreement and successfully remit all three Trial Period payments on or before the due date. Failure to do so could result in permanent cancellation of the plan. Once you make those payments, you must execute and return all other required documents in a timely fashion as your failure to do so will result in you being disqualified from the program, and you may not be eligible for reconsideration under the current program guidelines.

**HUD PARTIAL CLAIM**
The Partial Claim is the second step in the three-step process. The Partial Claim is an interest-free loan from the Department of Housing and Urban Development (HUD) that will be applied to your existing loan in an amount equal to (1) all or part of the past-due amounts owed as of the end of the Trial Period (including unpaid interest, real estate taxes, insurance premiums, certain assessments paid on your behalf to third parties, and certain allowable foreclosure fees and costs (if applicable)) and (2) additional unpaid principal to the extent necessary to reduce your monthly mortgage payment in accordance with FHA program guidelines. To obtain this interest-free loan, all borrowers must execute a Subordinate Note and Subordinate Mortgage/Deed of Trust with HUD ("HUD Partial Claim Documents"). In general, the amount advanced by HUD will be due, in full, to HUD at the earlier of (i) maturity of the loan (ii) sale of the property, or (iii) payoff or refinancing of the HAMP Mortgage.

**MODIFICATION AGREEMENT**
The Modification Agreement is the third and final step in the process and will be executed at the same time that you execute the HUD Partial Claim Documents. Upon completion of the Trial Period, your new principal balance will be reflected in the Modification Agreement, taking into account the Trial Period payments and the amount of the HUD Partial Claim. The amount of your new monthly mortgage payment should be the same as your payment under the Trial Period Agreement unless there are changes in your escrow amounts during your Trial Period or if there is a delay in the execution of the Modification Agreement for any reason. The Modification Agreement will modify your current loan documents, as necessary, to reflect the newly agreed upon terms. If you fulfill the terms of the Trial Period payments, and execute the HUD Partial Claim Documents and the Modification Agreement, we will waive ALL unpaid late charges at the end of the Trial Period.

---

**Midland Mortgage Delinquency Assistance Center**
P.O. Box 268806 · Oklahoma City, OK 73126-8806 · Tel 1-800-552-3000 · Fax 1-405-767-5815 · www.MyMidlandMortgage.com

**Qualified Written Requests, Notices of Error, Information Requests, and Credit Disputes must be sent to:**
P.O. Box 268959 · Oklahoma City, OK 73126-8959



**Midland Mortgage**
*A Division of MidFirst Bank*

**TITLE REPORT**

Upon timely receipt of your second payment under the Trial Period Agreement, a title report for your property will be ordered to verify there are no outstanding liens and/or judgments against your property. If the FHA HAMP process is, for any reason, not completed due to failure to make the Trial Period payments or to execute any required documents related to the FHA HAMP process, the cost of the title report will be your responsibility. If we are unable to receive an acceptable title endorsement or subordination agreements from other lienholders, as necessary, to ensure that your security instrument, as modified, retains its first lien position and is fully enforceable, we will not be obligated to complete the Modification Agreement or the Partial Claim.

Please call us at 1-800-552-3000 Monday through Friday from 8 a.m. to 5 p.m. if you have any questions regarding the information contained in this letter.

Sincerely,

**Midland Mortgage,** *a Division of MidFirst Bank*

Enclosure

**Notice:** If you have received a bankruptcy discharge of the debt secured by the Mortgage/Deed of Trust, or you are currently in bankruptcy under the protection of the automatic stay, this letter is not an attempt to collect the debt from you personally, and is for informational purposes only. If your loan was in default at the time MidFirst Bank obtained it, and you have not filed bankruptcy or received a discharge of the debt secured by the Mortgage/Deed of Trust, we are required to inform you that this communication is from a debt collector, this is an attempt to collect a debt, and any information obtained will be used for that purpose.

**Notice to Connecticut and North Carolina Residents:** The purpose of this communication is to collect a debt.

**Notice to Vermont Residents:** This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Midland Mortgage Delinquency Assistance Center**
P.O. Box 268806 · Oklahoma City, OK  73126-8806 · Tel 1-800-552-3000 · Fax 1-405-767-5815 · www.MyMidlandMortgage.com

Qualified Written Requests, Notices of Error, Information Requests, and Credit Disputes must be sent to:
P.O. Box 268959 · Oklahoma City, OK  73126-8959



# Home Affordable Modification Program (HAMP)

Amazetta S. Gueh  
Loan Number:    6491

Property Address:    4867 Wycliff Dr  
Stone Mountain, GA 30087

**Court Approval Deadline:**   03/01/2019

| Trial Payment Due Dates | Trial Payment Amount |
|---|---|
| 1st Payment due no later than 04/01/2019 | $784.02 |
| 2nd Payment due no later than 05/01/2019 | $784.02 |
| 3rd Payment due no later than 06/01/2019 | $784.02 |

| Current Loan Terms | |
|---|---|
| Current Principal Balance | $74,874.47 |
| Interest Rate | 4.250% |
| Principal & Interest Monthly Payment | $376.31 |
| Escrow Monthly Payment | $272.48 |
| Total Monthly Payment | $648.79 |
| Maturity Date | 02/01/2046 |

| Post-Trial Period Total Arrearage | |
|---|---|
| Principal Balance | $74,427.59 |
| Escrow Arrears | $7,380.03 |
| Interest Arrears | $5,449.82 |
| Escrow Shortage | $38.79 |
| Attorney Fees | $0.00 |
| (Less) Suspense Funds | $-122.69 |
| Total Amount Required | $12,745.95 |

| Final HAMP Modification Terms | |
|---|---|
| Total Partial Claim | $1,218.28 |
| Principal Forbearance (included in Total Partial Claim if applicable) | $0.00 |
| Modified Principal Balance | 85,955.26 |
| Modified Interest Rate | 5.000% |
| Modified Maturity Date | 06/01/2049 |
| Modified Term | 360 |
| 1st Payment Date (after trial payments) | 07/01/2019 |
| Modified Principal & Interest Monthly Payment | $461.43 |
| New Initial Escrow Monthly Payment[1] | $322.59 |
| New Total Monthly Payment[2] | $784.02 |

[1]Escrow Monthly Payment and Total Monthly Payment are subject to change. Escrow will be analyzed prior to final modification and periodically over the life of the loan with the Escrow Monthly Payment adjusted accordingly to reflect changes in the amounts due for taxes, insurance, and other escrow items.

[2]Please note that while the interest rate will not increase, if there is a delay in execution of the Trial Period or final Modification for any reason, the first payment date, maturity date, modified principal balance and monthly payment may vary slightly.

Midland Mortgage Delinquency Assistance Center  
P.O. Box 268806 · Oklahoma City, OK 73126-8806 · Tel 1-800-552-3000 · Fax 1-405-767-5815 · www.MyMidlandMortgage.com

Qualified Written Requests, Notices of Error, Information Requests, and Credit Disputes must be sent to:  
P.O. Box 268959 · Oklahoma City, OK 73126-8959

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-70270-PMB |
| | ) | |
| AMAZETTA SATA GUEH | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON MOTION TO APPROVE LOAN MODIFICATION**

**PLEASE TAKE NOTICE** that AMAZETTA SATA GUEH has filed a motion to approve loan modification (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:00 A.M. on January 10, 2019.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: December 10, 2018

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-70270-PMB |
| | ) | |
| AMAZETTA SATA GUEH | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Howard P. Slomka, certify that I am over the age of 18 and that on this day I served a copy of the foregoing Motion to Approve Loan Modification and Notice of Hearing by first class mail U.S. Mail, with adequate postage prepaid on the following persons or entities at the address stated:

Melissa Davey (served via ECF)
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Amazetta Sata Gueh
4867 Wycliffe Drive
Stone Mountain, GA 30087

Midland Mtg/midfirst
999 Nw Grand Blvd
Oklahoma City, OK 73118

Midland Mortgage
PO Box 268806
Oklahoma City, OK 73126-8806

Midland Mortgage
PO Box 268959
Oklahoma City, OK 73126-8959

Midland Mortgage
777 NW Grand Blvd
Oklahoma City, OK 73118

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: December 10, 2018

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-70270-pmb<br>Northern District of Georgia<br>Atlanta<br>Mon Dec 10 12:20:25 EST 2018 | AT&T<br>PO Box 15503<br>Atlanta, GA 30333-0503 | American Freight Furniture<br>5370 Stone Mountain Freeway<br>Unit 400<br>Stone Mountain, GA 30087-3573 |
| Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | DeKalb Medical<br>Po Box 116235<br>Atlanta, GA 30368-6235 | Eastside Medical Center<br>P O Box 740766<br>Cincinnati, OH 45274-0766 |
| Emory University Hospital<br>PO Box 403021<br>Atlanta, GA 30384-3021 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Exeter Finance Llc<br>Po Box 166097<br>Irving, TX 75016-6097 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Amazetta Sata Gueh<br>4867 Wycliffe Drive<br>Stone Mountain, GA 30087-4134 |
| Gwinnett County Fire & EMS<br>PO Box 935335<br>Atlanta, GA 31193-5335 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Janelle Legender<br>4867 Wycliffe Drive<br>Stone Mountain, GA 30087-4134 |
| Midland Mtg/midfirst<br>999 Nw Grand Blvd<br>Oklahoma City, OK 73118-6051 | Progressive Leasing<br>256 W Data Drive<br>Draper, UT 84020-2315 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Transworld System Inc/<br>500 Virginia Dr Ste 514<br>Fort Washington, PA 19034-2707 | US Dept of Housing & Urban Dev<br>451 7th Street SW<br>Washington, DC 20410-0002 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    0<br>Total                  22 |