**IT IS ORDERED as set forth below:**

Date: February 12, 2019

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| AMAZETTA SATA GUEH | ) | CASE NO. 18-70270-PMB |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION

On December 10, 2018, the Debtor filed a Motion for Loan Modification (Doc. No. 12) (the "Motion"). A hearing was held on this matter on January 10, 2019. In the Motion, the Debtor proposed to modify the terms of her mortgage with Midland Mortgage (hereinafter "Midland"). At the call of the calendar, there was no opposition by any party to the Motion. Therefore, for good cause shown, it is hereby

**ORDERED** that the Motion is *granted*. The Debtor is authorized to modify the terms of the mortgage with Midland as previously outlined in the Motion.

**[END OF DOCUMENT]**

Prepared and submitted by:
\_\_\_\_/s/_____
Howard P. Slomka
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001

No opposition by:
\_\_\_\_\_/s/ *Signed with express permission*
Jason Rogers, Esq.
Staff Attorney
Melissa J. Davey, Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, Suite 200
Atlanta, GA 30303
jrogers@13trusteeatlanta.com
(678) 510-1444

## DISTRIBUTION LIST

**Amazetta Sata Gueh**
4867 Wycliffe Drive
Stone Mountain, GA 30087

**Howard P. Slomka**
**Attorney for Debtor**
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339

**Melissa Davey**
**Chapter 13 Trustee**
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Midland Mtg/midfirst
999 Nw Grand Blvd
Oklahoma City, OK 73118

Midland Mortgage
PO Box 268806
Oklahoma City, OK 73126-8806

Midland Mortgage
PO Box 268959
Oklahoma City, OK 73126-8959

Midland Mortgage
777 NW Grand Blvd
Oklahoma City, OK 73118

SEE ATTACHED FOR ADDITIONAL CREDITORS

```
Label Matrix for local noticing          AT&T                                    American First Finance
113E-1                                    PO Box 15503                           c/o Becket and Lee LLP
Case 18-70270-pmb                         Atlanta, GA 30333-0503                 PO Box 3002
Northern District of Georgia                                                     Malvern PA 19355-0702
Atlanta
Mon Feb 11 19:02:28 EST 2019

American Freight Furniture                Ashley Funding Services, LLC           Melissa J. Davey
5370 Stone Mountain Freeway               Resurgent Capital Services             Melissa J. Davey, Standing Ch 13 Trustee
Unit 400                                  PO Box 10587                           Suite 200
Stone Mountain, GA 30087-3573             Greenville, SC 29603-0587              260 Peachtree Street, NW
                                                                                 Atlanta, GA 30303-1236

DeKalb  Medical                           Eastside Medical Center                Emory Eastside Medical Center
Po Box 116235                             P O Box 740766                         Resurgent Capital Services
Atlanta, GA 30368-6235                    Cincinnati, OH 45274-0766              PO Box 1927
                                                                                 Greenville, SC 29602-1927

Emory University Hospital                 Enhanced Recovery Co L                 Exeter Finance LLC
PO Box 403021                             8014 Bayberry Rd                       4515 N Santa Fe Ave. Dept. APS
Atlanta, GA 30384-3021                    Jacksonville, FL 32256-7412            Oklahoma City, OK 73118-7901

Exeter Finance Llc                        (p)GEORGIA DEPARTMENT OF REVENUE       J. Kelsey Grodzicki
Po Box 166097                             COMPLIANCE DIVISION                    Campbell & Brannon, LLC
Irving, TX 75016-6097                     ARCS BANKRUPTCY                        Suite 350
                                          1800 CENTURY BLVD NE SUITE 9100        5565 Glenridge Connector
                                          ATLANTA GA 30345-3202                  Atlanta, GA 30342-4705

Amazetta Sata Gueh                        Gwinnett County Fire & EMS             Internal Revenue Service
4867 Wycliffe Drive                       PO Box 935335                          PO Box 7346
Stone Mountain, GA 30087-4134             Atlanta, GA 31193-5335                 Philadelphia, PA 19101-7346

Janelle Legender                          MidFirst Bank                          Progressive Leasing
4867 Wycliffe Drive                       999 Nw Grand Blvd                      256 W Data Drive
Stone Mountain, GA 30087-4134             Oklahoma City, OK 73118-6051           Draper, UT 84020-2315

Santander Consumer Usa                    Howard P. Slomka                       Transworld System Inc/
Po Box 961245                             Slipakoff & Slomka, PC                 500 Virginia Dr Ste 514
Ft Worth, TX 76161-0244                   Overlook III - Suite 1700              Fort Washington, PA 19034-2707
                                          2859 Paces Ferry Rd, SE
                                          Atlanta, GA 30339-6213

U.S. Department of Housing and Urban Develop  US Dept of Housing & Urban Dev     United States Attorney
451 7th Street S.W.                       451 7th Street SW                      Northern District of Georgia
Washington, DC 20410-0002                 Washington, DC 20410-0002              75 Ted Turner Drive SW, Suite 600
                                                                                 Atlanta GA 30303-3309

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306-3517
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Exeter Finance LLC | (u)MidFirst Bank | End of Label Matrix |
| 4515 N Santa Fe Ave. Dept. APS | | Mailable recipients   27 |
| Oklahoma City, OK 73118-7901 | | Bypassed recipients    2 |
| | | Total                 29 |

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                        Case No. 18-70270-pmb
Amazetta Sata Gueh                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9       User: kkprice            Page 1 of 2          Date Rcvd: Feb 12, 2019
                           Form ID: pdf638          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2019.
```
db              +Amazetta Sata Gueh,    4867 Wycliffe Drive,    Stone Mountain, GA 30087-4134
                +Howard P. Slomka,    Slipakoff & Slomka, PC,    2859 Paces Ferry Road, SE,   Suite 1700,
                  Atlanta, GA 30339-6213
                 Midland Mortgage,    PO Box 268806,   Oklahoma City, OK 73126-8806
                 Midland Mortgage,    PO Box 268959,   Oklahoma City, OK 73126-8959
                +Midland Mortgage,    777 NW Grand Blvd,   Oklahoma City, OK 73118-6047
                +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
22127246         American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
21992614        +American Freight Furniture,    5370 Stone Mountain Freeway,    Unit 400,
                  Stone Mountain, GA 30087-3573
21992616         DeKalb  Medical,    Po Box 116235,   Atlanta, GA 30368-6235
21992617        +Eastside Medical Center,    P O Box 740766,   Cincinnati, OH 45274-0766
21992618        +Emory University Hospital,    PO Box 403021,   Atlanta, GA 30384-3021
21992622        +Gwinnett County Fire & EMS,    PO Box 935335,   Atlanta, GA 31193-5335
21992624        +Janelle Legender,    4867 Wycliffe Drive,    Stone Mountain, GA 30087-4134
21992625        +MidFirst Bank,    999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
21992627        +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
22008986        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
21992629        +US Dept of Housing & Urban Dev,    451 7th Street SW,    Washington, DC 20410-0002
21992630        +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Feb 12 2019 22:12:22
                  Office of the United States Trustee,    362 Richard Russell Building,   75 Ted Turner Drive, SW,
                  Atlanta, GA 30303-3315
                +E-mail/Text: bnc@13trusteeatlanta.com Feb 12 2019 22:14:38     Melissa Davey,
                  Chapter 13 Trustee,    Suite 200,   260 Peachtree Street,    Atlanta, GA 30303-1236
21992615        +E-mail/Text: g20956@att.com Feb 12 2019 22:13:38     AT&T,   PO Box 15503,
                  Atlanta, GA 30333-0503
22060900         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2019 22:15:13
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
22026822        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2019 22:15:49
                  Emory Eastside Medical Center,    Resurgent Capital Services,    PO Box 1927,
                  Greenville, SC 29602-1927
21992619        +E-mail/Text: bknotice@ercbpo.com Feb 12 2019 22:12:50     Enhanced Recovery Co L,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
22103815        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 12 2019 22:15:03     Exeter Finance LLC,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
21992620        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Feb 12 2019 22:15:10     Exeter Finance Llc,
                  Po Box 166097,    Irving, TX 75016-6097
21992621         E-mail/Text: brnotices@dor.ga.gov Feb 12 2019 22:11:57     Georgia Department of Revenue,
                  1800 Century Blvd,    Suite 17200,   Atlanta, GA 30345
21992623         E-mail/Text: cio.bncmail@irs.gov Feb 12 2019 22:11:36     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
21992626        +E-mail/Text: ecfbankruptcy@progleasing.com Feb 12 2019 22:12:59      Progressive Leasing,
                  256 W Data Drive,    Draper, UT 84020-2315
21992628        +E-mail/Text: bankruptcydepartment@tsico.com Feb 12 2019 22:13:48     Transworld System Inc/,
                  500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
21996085         E-mail/Text: usagan.bk@usdoj.gov Feb 12 2019 22:12:23     United States Attorney,
                  Northern District of Georgia,    75 Ted Turner Drive SW, Suite 600,    Atlanta GA 30303-3309
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*               +Amazetta Sata Gueh,    4867 Wycliffe Drive,    Stone Mountain, GA 30087-4134
cr*             +Exeter Finance LLC,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 113E-9             User: kkprice              Page 2 of 2              Date Rcvd: Feb 12, 2019
                                 Form ID: pdf638            Total Noticed: 31
```

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019 at the address(es) listed below:
              Howard P. Slomka    on behalf of Debtor  Amazetta Sata Gueh se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
               878@notify.bestcase.com
              J. Kelsey Grodzicki    on behalf of Creditor    MidFirst Bank kgrodzicki@campbellandbrannon.com,
               JKG-ECF@campbellandbrannon.com
              Melissa J. Davey    mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
                                                                                              TOTAL: 3
```